Beatrice **LUNA**, **Individually and as Representative of the Estate of Israel Leija, Jr.; Christina Marie Flores, as Next Friend of J.L. and J.L., Minor Children, Plaintiffs–Appellees**

v.

**Chadrin Lee MULLENIX, In His Individual Capacity, Defendant–Appellant.**

No. 13–10899.

United States Court of Appeals, Fifth Circuit.

Dec. 18, 2015.

Robert Smead Hogan, Esq. Hogan Law Firm, P.C. Lubbock, TX, K. Paul Holloway, Law Office of Paul Holloway, Robert Smead Hogan, Esq., Plainview, TX, Plaintiffs–Appellees.

Andrew S. Oldham, Deputy Solicitor General, Karen Denise Matlock, Assistant Attorney General, Office of the Attorney General Office of The Solicitor General Austin, TX, for Defendant–Appellant.

Before KING, HAYNES and GRAVES, Circuit Judges.

*ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES*

PER CURIAM: *

This case returns to us from the Supreme Court, No. 14–1143, *Mullenix v. Luna,* following the Court's grant of certiorari to consider our affirmance of the district court's judgment. *Luna v. Mullenix,* 773 F.3d 712 (5th Cir.2014). The Supreme Court reversed our judgment. Accordingly, we now **REVERSE** the district court's judgment for the reasons outlined in the Supreme Court's opinion and **RENDER** judgment in favor of Mullenix.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.